UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| MICHIAL L. DUNN, | ) |
| Plaintiff, | ) Civil Action No. 5:18-CV-003-CHB |
| v. | ) |
| | ) **JUDGMENT** |
| DR. MARK ESPER, Secretary of the Army, et al., | ) |
| Defendants. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered contemporaneously with this Judgment,

**IT IS HEREBY ORDERED** as follows:

1. Judgment is entered in favor of Defendants.

2. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

3. This is a **FINAL** and **APPEALABLE ORDER**, and the matter is **STRICKEN** from the active docket of the Court.

This the 30th day of September, 2019.

*/s/ Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY